**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:21 CR 00053-PPS/APR |
| | ) | |
| MOHAMMAD ZAIDAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Mohammad Zaidan's agreement to enter a plea of guilty to Count 1 of the information pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 2, 8.]  Following a hearing on the record on May 21, 2021 [DE 8], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the information charging him with wire fraud, in violation of 18 U.S.C. § 1343; and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice.  Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  The parties have waived objection to Judge Rodovich's findings and recommendation. [DE 8.]

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Mohammad Zaidan's plea of guilty, to which objections have been waived, the Court hereby ADOPTS the findings and recommendation [DE 8] in their entirety.

Defendant Mohammad Zaidan is adjudged GUILTY of Count 1 of the information.

The sentencing hearing is SET for September 17, 2021 at 9:30 a.m. Hammond/Central time.

ENTERED: May 24, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT